UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEATHER BAKER, APRIL MILLER, and
AUTUMN D'AMBROSIO,

    Plaintiffs,

v.                                                Case No.  6:14-cv-158-Orl-TBS

US FOODS, INC.,

    Defendant.
_____/

## ORDER

This case is before the Court on Plaintiffs April Miller and Autumn D'Ambrosio, and Defendant US Foods, Inc.'s Joint Stipulation and Motion for Order of Dismissal with Prejudice (Doc. 27).  This lawsuit was instituted by Plaintiffs Heather Baker, April Miller, and Autumn D'Ambrosio.  (Doc. 2).  All parties consented to proceed before the magistrate judge and on April 14, 2014, the district judge referred this case to the magistrate judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and FED. R. CIV. P. 73.  (Docs. 13-14).

On April 18, 2014, the attorney for Heather Baker was granted leave to withdraw.  (Doc. 21).  The Order was mailed to Ms. Baker at both of her addresses on file and returned as undeliverable.  New counsel has not appeared on behalf of Heather Baker and she has not otherwise participated in this case since her lawyer withdrew.

The Case Management and Scheduling Order required the parties to mediate this dispute.  (Doc. 18). All parties with the exception of Heather Baker attended

mediation where they settled their disputes. (Doc. 24). The Court issued its Order to Show Cause why Heather Baker should not be held in contempt and sanctioned for failing to participate in the mediation. (Doc. 25). Ms. Baker did not respond to the Order to Show Cause. (Doc. 26). As a sanction for failing to comply with two Court Orders, and based upon her failure to prosecute this case, the Court dismissed Heather Baker's claim on August 7, 2014. (Id.).

The remaining parties have stipulated to, and motioned the Court for, the dismissal of this action with prejudice. (Doc. 27). Upon due consideration, the parties' stipulation is APPROVED and this case is DISMISSED WITH PREJUDICE pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). The motion to dismiss is DENIED AS MOOT. The Clerk shall TERMINATE any pending motions and CLOSE the file.

DONE AND ORDERED in Orlando, Florida, on September 26, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel